JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVOLVE TEXTILES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAMUTO CONSULTING, INC., *et al.*, <br><br> Defendants . | Case No.: CV15-4794-PA (JPRx) <br> *Hon. Percy Anderson Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1  [PROPOSED] ORDER:

2  FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY

3  ORDERED:

4      1.  The entire Action is dismissed with prejudice; and

5      2.  All parties will bear their own costs and attorney's fees.

6      SO ORDERED.

9  Dated: April 18, 2016    By: _____

    HONORABLE PERCY ANDERSON
10 UNITED STATES DISTRICT JUDGE